# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 14, 2010

Marilyn Kelly,
Chief Justice

140109

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SPECTRUM HEALTH and ORTHOPAEDIC
ASSOCIATES OF GRAND RAPIDS, P.C.,
          Plaintiffs-Appellees,

v

TITAN INSURANCE COMPANY,
          Defendant-/Third-Party
          Plaintiff-Appellant,

and

BRANDY ZOERMAN,
          Third-Party Defendant.

_____/

SC: 140109
COA: 285104
Kent CC: 06-010297-NF

On order of the Court, the application for leave to appeal the October 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J. (*dissenting*).

I respectfully dissent from this Court's order denying defendant's application for leave to appeal for the reasons set forth in my dissent from the order denying defendant's motion for reconsideration of our earlier order denying leave to appeal in *Detroit Medical Ctr v Titan Ins Co*, 485 Mich 1008 (2009) (reported below: 284 Mich App 409 [2009]), recon den May 14, 2010 (SC 138869).

CORRIGAN, J., joins the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 14, 2010

Clerk

p0511